UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFFREY DEAN GERRON, ) <br> ) <br> Petitioner, ) <br> ) <br> VS. ) <br> ) <br> DIRECTOR, TDCJ-CID, ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. <br><br> 3:19-CV-0719-G-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 2, 2022, the court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the court.  It is, therefore,

**ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

February 25, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**